UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:24-cv-22762-KMW

YULIYA AFANASYEVA, on behalf of herself
and all others similarly situated,

    Plaintiff(s),
v.

MELISSA ENTERTAINMENTS, INC.
d/b/a NEME GASTRO BAR,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, YULIYA AFANASYEVA ("Plaintiff"), and Defendant, MELISSA ENTERTAINMENTS, INC. d/b/a NEME GASTRO BAR, file this Joint Notice of Settlement and advise this Honorable Court that the Parties have fully resolved all claims pending in the operative Complaint and intend to submit settlement documents for Court approval.

**Dated: February 3, 2025.**

                                                               Respectfully Submitted,

| | |
|---|---|
| **USA EMPLOYMENT LAWYERS – JORDAN RICHARDS PLLC**<br>1800 SE 10th Ave, Suite 205<br>Fort Lauderdale, Florida 33316<br>(954) 871-0050<br>*Counsel for Plaintiff*<br><br>By: */s/ Michael V. Miller*<br>JORDAN RICHARDS, ESQUIRE<br>Florida Bar No. 108372<br>MICHAEL V. MILLER, ESQUIRE<br>Florida Bar No. 0064005<br>jordan@jordanrichardspllc.com<br>michael@usaemploymentlawyers.com | **SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP**<br>201 Alhambra Circle, Ste. 1205<br>Coral Gables, FL 33134<br>Ph: (305) 377-1000<br>*Counsel for Defendant*<br><br>By: */s/ Gustavo D. Lage*<br>GUSTAVO D. LAGE, ESQUIRE.<br>Florida Bar No. 972551<br>AUGUSTO R. LOPEZ, ESQUIRE<br>Florida Bar No. 45410<br>GLage@smgqlaw.com<br>ALopez@smgqlaw.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was filed via CM/ECF on February 3, 2025.

By: <i>/s/ Michael V. Miller</i><br>
MICHAEL V. MILLER, ESQUIRE<br>
Florida Bar No. 64005

## SERVICE LIST

**Gustavo D. Lage, Esq.**
Florida Bar No. 972551
**Augusto R. Lopez, Esq.**
Florida Bar No. 45410
SANCHEZ-MEDINA, GONZALEZ, QUESADA,
LAGE, GOMEZ & MACHADO LLP
201 Alhambra Cir, Ste. 1205
Coral Gables, FL 33134
Tel: (305) 377-1000
glage@smgqlaw.com
alopez@smgqlaw.com
*Counsel for Defendant*